■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HARDEEN, Appellant. [713 NYS2d 497] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered April 27, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction is not supported by legally sufficient evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Johnson,* 270 AD2d 431). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Johnson, supra*). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed is not excessive (*see, People v Suitte,* 90 AD2d 80). S. Miller, J. P., Friedmann, Luciano and Schmidt, JJ., concur.